DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC M. DULCIO,**
Appellant,

v.

**IDLINE ETIENNE,** and **U.S. BANK TRUST NATIONAL ASSOCIATION,**
as Trustee of **BKPL-EG BASKET TRUST,**
Appellees.

Nos. 4D2024-1654 and 4D2024-1943

[March 26, 2025]

Consolidated appeals of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, Judge; L.T. Case No. 502023CA015898XXX.

Marc M. Dulcio, Greenacres, pro se.

Evan R. Raymond of Howard Law, Boca Raton, for appellee U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust.

PER CURIAM.

We affirm the order denying appellant's motion to quash service of process. Appellant has failed to provide an adequate record to show error. *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979). The order denying appellant's motion to dismiss, which is the subject of the consolidated appeal, is not subject to interlocutory review. *See Campbell v. Wells Fargo Bank, N.A.*, 204 So. 3d 476, 480 (Fla. 4th DCA 2016).

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***